No. 81–1863. UNITED STATES ET AL. *v.* GRACE ET AL. C. A. D. C. Cir. [Probable jurisdiction noted, 457 U. S. 1131.] Motion of the parties to dispense with printing the joint appendix granted.

No. 81–1756. LEHR *v.* ROBERTSON ET AL. Ct. App. N. Y. [Probable jurisdiction postponed, 456 U. S. 970.] Motions of Community Action for Legal Services, Inc., et al. and National Committee For Adoption, Inc., for leave to file briefs as *amici curiae* granted.

No. 81–1774. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* BULLARD. C. A. 5th Cir. [Certiorari granted, 457 U. S. 1116.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* denied.

No. 81–1802. UNITED STATES *v.* KNOTTS. C. A. 8th Cir. [Certiorari granted, 457 U. S. 1131.] Motion for appointment of counsel granted, and it is ordered that Mark W. Peterson, Esquire, of Minneapolis, Minn., be appointed to serve as counsel for respondent in this case. Motion of the parties to dispense with printing the joint appendix denied.

No. 81–1938. UNITED STATES *v.* BAGGOT. C. A. 7th Cir. [Certiorari granted, 457 U. S. 1131.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 81–1945. PACIFIC GAS & ELECTRIC CO. ET AL. *v.* STATE ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION ET AL. C. A. 9th Cir. [Certiorari granted, 457 U. S. 1132.] Motions of New England Legal Foundation and Fusion Energy Foundation for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.